A. H. Marrettick, appellee, v. James J. Topp and Christine Topp, appellants. Gen. No. 38,476.

Opinion filed February 3, 1936.
Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellants; I. E. Ferguson and Jesse H. Brown, of counsel. Maxwell L. Rubin, for appellee.
Mr. Presiding Justice McSurely delivered the opinion of the court.